Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Affordable Aerial Photography, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> PREFERRED TRAVEL GROUP, and HP PALM BEACH INVESTMENT LP dba PGA NATIONAL RESORT, <br><br> Defendants. | CASE NO.: 8:26-cv-1141 <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> **(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC. by and through its undersigned counsel, brings this Complaint against Defendants PREFERRED TRAVEL GROUP and HP PALM BEACH INVESTMENT LP dba PGA NATIONAL RESORT for damages and injunctive relief, and in support thereof states as follows:

1

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

## SUMMARY OF THE ACTION

1. Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC. ("AAP") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute AAP's original copyrighted Work of authorship after removal of its copyright management information ("CMI")

2. Robert Stevens, owner of Affordable Aerial Photography, Inc., is a high-end real estate photographer who makes his living photographing million-dollar homes for real estate agents. Stevens is an employee of his company, AAP, which provides photo shoots to a client's specifications. Stevens is self-taught, but his photographs rival those taken by photographers who charge thousands more. AAP licenses its photos to agents pursuant to a written license. The license is granted only to the agent for whom the photos were taken.

3. Defendant PREFERRED TRAVEL GROUP ("PTG") is a privately held, family-owned global hospitality and travel services company headquartered in Newport Beach, California. Formerly known as Preferred Hotel Group, the company rebranded in 2023 to reflect its expanded portfolio across hospitality, travel, and sustainability services. PTG is the parent organization of Preferred Hotels & Resorts, Beyond Green, Historic Hotels of America, Historic Hotels Worldwide, PTG Consulting, and Beyond Green Travel, collectively representing more than 1,100 independent hotels, resorts, residences, and destinations across 80+ countries.

4. PTG connects independent hotels, hospitality companies, and destinations to global markets through customized branding, sales, marketing, distribution, revenue management, and travel-tech solutions. Guided by its brand promise, "Believe in Travel," the company champions travel as a force for good—supporting cultural exchange, sustainability, and meaningful travel experiences worldwide. At all times relevant herein, PTG owned and operated the website located at the internet URL www.preferredhotels.com (the "Website").

2

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

5.      Defendant HP PALM BEACH INVESTMENT LP dba PGA NATIONAL RESORT ("HP") is a U.S.-based foreign limited partnership formed in August 2024 and organized under the laws of Delaware. The entity is active and operates with its principal office in Charleston, South Carolina. HP is best known as the ownership entity for PGA National Resort in Palm Beach Gardens, Florida, having acquired the resort property in January 2025 as part of a joint venture transaction led by Henderson Park, alongside Salamander Hotels & Resorts and South Street Partners. The partnership serves as a special-purpose investment vehicle for holding and operating the resort's real estate assets.

6.      PGA National Resort ("the Resort") is a premier luxury golf and lifestyle destination located in Palm Beach Gardens, Florida. Established in 1980, the resort is internationally recognized for its championship golf and long-standing association with professional tournament play. The resort features five championship golf courses, including the world-famous Champion Course, home to the iconic "Bear Trap" and host of major events such as the 1983 Ryder Cup, 1987 PGA Championship, and the PGA TOUR's Cognizant Classic since 2007.

7.      Beyond golf, PGA National Resort offers upscale accommodations, multiple dining venues, a 40,000-square-foot spa, extensive meeting and event facilities, and a comprehensive sports and racquet club, making it a destination for leisure travelers, corporate groups, and golf enthusiasts alike. In 2025, the resort entered a new chapter under ownership by Henderson Park, in partnership with Salamander Hotels & Resorts and South Street Partners, continuing its legacy as one of North America's most distinguished golf resorts.

8.      Defendants PTG, and HP are collectively referred to herein as "Defendants".

9.      AAP alleges that Defendants copied AAP's copyrighted Work from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with Defendants' business

3

for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

10.    This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202 501.

11.    This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

12.    Defendants are subject to personal jurisdiction in California.

13.    Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

14.    Preferred Travel Group is a Delaware Corporation, with its principal place of business at 26 Corporate Plaza Drive, Suite 150, Newport Beach, CA, 92660, and can be served by serving its Registered Agent, C T Corporation System 330 North Brand Boulevard, Glendale, California.

15.    HP Palm Beach Investment LP dba PGA National Resort is a Delaware Limited Partnership, with its principal place of business at 1080 Morrison Drive, Suite 350, Charleston, South Carolina, 29403, and can be served by serving its Registered Agent, Corporation Service Company, 1201 Hays Street, Tallahassee, Florida, 32301-2525.

## THE COPYRIGHTED WORK AT ISSUE

16.    In 2023, AAP created the photograph entitled "PGA National b AAP 2023," which is shown below and referred to herein as the "Work".

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                    CASE NO.: 8:26-cv-01141



17.    At the time AAP created the Work, AAP applied CMI to the Work consisting of the words "© AAP 2023 all rights reserved" to the bottom left corner.

18.    AAP registered the Work with the Register of Copyrights on September 13, 2023 as part of a group registration. The Group Registration was assigned registration number VA 2-365-672. The Certificate of Registration is attached hereto as **Exhibit 1**.

19.    At all relevant times AAP was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

20.    Defendants have never been licensed to use the Work for any purpose.

21.    On a date after the Work was created, but prior to the filing of this action, Defendants copied the Work.

22.    On or about November 18, 2025, AAP discovered the unauthorized use of its Work on the Website as one of the images depicting the Resort.

23.    Defendants copied AAP's copyrighted Work without AAP's permission.

24.    Upon information and belief, Defendant HP provided Defendant PTG with the photograph to display on PTG's website.

5

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 8:26-cv-01141

25. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their luxury resort businesses.

26. Defendants copied and distributed AAP's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

27. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

28. AAP never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

29. AAP notified Preffered Travel Group of the allegations set forth herein on November 21, 2025 and April 8, 2026. To date, the Parties have failed to resolve this matter. As of May 6, 2026, the photograph has been removed from the website.

30. When Defendants copied and displayed the Work at issue in this case, Defendants removed AAP's CMI from the Work. Attached hereto as **Exhibit 3** is a comparison of the Work with the infringed usage. Defendant intentionally cropped the photograph in order to remove AAP's watermark from the Work.

31. AAP never gave Defendants permission or authority to remove CMI from the Work at issue in this case.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT AGAINST PTG FOR THE DISPLAY OF THE PHOTOGRAPH

32. AAP incorporates the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

33. AAP owns a valid copyright in the Work.

34. AAP registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

6

35.    PTG copied, displayed, and distributed the Work and made derivatives of the Work without AAP's authorization in violation of 17 U.S.C. § 501.

36.    PTG performed the acts alleged in the course and scope of its business activities.

37.    Defendants' acts were willful.

38.    AAP has been damaged.

39.    The harm caused to AAP has been irreparable.

## COUNT II
## DIRECT COPYRIGHT INFRINGEMENT AGAINST HP FOR THE DISTRIBUTION OF THE PHOTOGRAPH

40.    AAP incorporates the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

41.    AAP owns a valid copyright in the Work.

42.    AAP registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

43.    HP copied and distributed the Work and made derivatives of the Work without AAP's authorization in violation of 17 U.S.C. § 501.

44.    HP performed the acts alleged in the course and scope of its business activities.

45.    Defendants' acts were willful.

46.    AAP has been damaged.

47.    The harm caused to AAP has been irreparable.

## COUNT III
## CONTRIBUTORY COPYRIGHT INFRINGEMENT AGAINST HP

48.    AAP incorporates the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

49.    Upon information and belief, HP distributed the Work to PTG for the purpose of advertising its hotel property on PTG's website.

7

50. Upon information and belief, HP is a liable contributory infringer for the copyright infringements committed via publication and/or distribution of the Work, and that such uses are in violation of AAP's copyrights.

51. Upon information and belief, HP had actual and/or constructive knowledge and/or through the exercise of ordinary business care and/or the examination of public and/or business records, knew or should have known that the Work was created by AAP, and that any use thereof was in violation of AAP's copyright.

52. Upon information and belief, Guberman knew or should have known that they were not authorized to use AAP's Work.

53. Upon information and belief, HP has directly and/or indirectly caused, enabled, encouraged, facilitated, and materially contributed to the infringement via the publication and/or distribution of the Works on PTG's website.

54. Upon information and belief, HP provided the tools, including the Work, to PTG, for the infringement via the publication and distribution of the Work.

55. Upon information and belief, Guberman's infringements are and have been willful, intentional, purposeful, and/or in disregard of the rights of AAP and have caused substantial damage to AAP.

56. AAP has been damaged.

57. The harm caused to AAP has been irreparable.

## COUNT IV
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION AGAINST HP

58. AAP incorporates the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

59. The Work contains CMI ("CMI"), located in the bottom left corner of the photograph which reads, "© AAP 2023 all rights reserved."

60. HP knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work in violation of 17 U.S.C. § 1202(b).

8

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 8:26-cv-01141

61. HP intentionally cropped the photograph to remove AAP's CMI and to conceal their infringement.

62. HP committed these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of AAP's rights in the Work.

63. HP caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of AAP's rights in the Work.

64. AAP has been damaged.

65. The harm caused to AAP has been irreparable.

## COUNT V
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION
## AGAINST PTG

66. AAP incorporates the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

67. The Work contains CMI ("CMI"), located in the bottom left corner of the photograph which reads, "© AAP 2023 all rights reserved."

68. In the alternative to Count IV above, if HP provided the photograph to PTG with the CMI intact, AAP alleges that PTG knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work in violation of 17 U.S.C. § 1202(b).

69. PTG intentionally cropped the photograph to remove AAP's CMI and to conceal their infringement.

70. PTG committed these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of AAP's rights in the Work.

71. PTG caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of AAP's rights in the Work.

9

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 8:26-cv-01141

72. AAP has been damaged.

73. The harm caused to AAP has been irreparable.

WHEREFORE, the Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC. prays for judgment against the Defendants PREFERRED TRAVEL GROUP, HP PALM BEACH INVESTMENT LP DBA PGA NATIONAL RESORT AND SALAMANDER HOSPITALITY, LLC that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendants be required to pay AAP its actual damages and Defendants' profits attributable to the infringement, or, at AAP's election, statutory damages, as provided in 17 U.S.C. §§ 504, and 1203;

c. AAP be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d. AAP be awarded pre- and post-judgment interest; and

e. AAP be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

AAP hereby demands a trial by jury of all issues so triable.

DATED: May 11, 2026                    Respectfully submitted,


                                       /s/ Matthew L. Rollin
                                       MATTHEW L. ROLLIN
                                       **SRIPLAW, P.A.**
                                       *Counsel for Plaintiff Affordable Aerial Photography, Inc.*

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 8:26-cv-01141

SRIPLAW

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE