LOEB & LOEB
JERRY S. PHILLIPS (SBN 38164)
jphillips@loeb.com
JENNIFER G. KAHN (SBN 336445)
jkahn@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone:  310.282.2000
Facsimile:   310.282.2200

Attorneys for Defendant
PREFERRED TRAVEL GROUP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PREFERRED TRAVEL GROUP, and HP PALM BEACH INVESTMENT LP dba PGA NATIONAL RESORT,<br><br>Defendants. | Case No.: 8:26-cv-01141-DFM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: May 22, 2026<br>Current response date: June 12, 2026<br>New response date: July 13, 2026 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

243546621.1
922222-14144

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT

Pursuant to Central District of California Local Rule 8-3, Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") and Defendant Preferred Travel Group ("Preferred") jointly stipulate to extend the time for Preferred to respond to Plaintiff's initial complaint for a period of 30 days, such that Preferred's deadline to respond to the complaint shall be extended from June 12, 2026 to July 13, 2026. There have not been any previous requests to extend Preferred's deadline to respond to the complaint.

Nothing in this stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections, or defenses, all of which are expressly reserved.

IT IS SO STIPULATED.

Dated:  May 29, 2026

LOEB & LOEB LLP
JERRY S. PHILLIPS
JENNIFER G. KAHN


By: */s/ Jennifer G. Kahn*
Jennifer G. Kahn
Attorneys for Defendant
PREFERRED TRAVEL GROUP


Dated:  May 29, 2026

SRIPLAW, P.A.
MATTHEW L. ROLLIN


By: */s/ Matthew L. Rollin*
Matthew L. Rollin
Attorneys for Plaintiff
AFFORDABLE AERIAL
PHOTOGRAPHY, INC.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

243546621.1
922222-14144

2

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT

## SIGNATURE ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all of the signatories listed above, and on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 29, 2026

LOEB & LOEB LLP
JERRY S. PHILLIPS
JENNIFER G. KAHN


By: /s/ Jennifer G. Kahn
    Jennifer G. Kahn
    Attorneys for Defendant
    PREFERRED TRAVEL GROUP

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

243546621.1
922222-14144

3

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT