Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Affordable Aerial Photography, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PREFERRED TRAVEL GROUP and HP PALM BEACH INVESTMENT LP dba PGA NATIONAL RESORT,<br><br>Defendants. | Case No.:  8:26-cv-01141-DFM<br><br>**STIPULATION TO VACATE CLERK'S DEFAULT OF DEFENDANT HP PALM BEACH INVESTMENT LP dba PGA NATIONAL RESORT AND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>The Honorable Douglas F. McCormick |

Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC. ("AAP"), and Defendant HP PALM BEACH INVESTMENT LP dba PGA NATIONAL RESORT ("PGA") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, AAP filed its Complaint on May 11, 2026 at ECF 1;

WHEREAS, PGA was served on May 22, 2026; setting a response date of June 12, 2026;

WHEREAS, PGA failed to timely respond to AAP's Complaint;

WHEREAS, AAP filed its Application for Entry of Clerk's Default on June 15, 2026 (ECF 15);

WHEREAS, this Court entered Default against PGA on June 15, 2026 at ECF 16;

WHEREAS, counsel for PGA contacted counsel for AAP and requested AAP set aside the Clerk's Default and extend the time for PGA to respond;

WHEREAS, the parties agree that PGA shall have until July 13, 2026 to respond to AAP's Complaint, the same day that defendant Preferred Travel Group's response is due.

IT IS HEREBY STIPULATED that the Clerk's Default of PGA shall be set aside and PGA shall have up to and until July 13, 2026 to respond to AAP's Complaint.

DATED:  June 16, 2026                    Respectfully submitted,


/s/Matthew L. Rollin
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff AFFORDABLE*
*AERIAL PHOTOGRAPHY, INC.*

STIPULATION TO VACATE DEFAULT
AND EXTEND TIME TO RESPOND                    CASE NO.: 8:26-cv-01141-DFM