**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION - SANTA ANA**

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> PREFERRED TRAVEL GROUP and HP PALM BEACH INVESTMENT LP dba PGA NATIONAL RESORT, <br><br> Defendants. | CASE NO.:  8:26-cv-01141-DFM <br><br><br> **[proposed] ORDER VACATING DEFAULT OF DEFENDANT HP PALM BEACH INVESTMENT LP dba PGA NATIONAL RESORT AND EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Before the Court is Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC.'s ("AAP") and Defendant HP PALM BEACH INVESTMENT LP dba PGA NATIONAL RESORT's ("PGA") Stipulation to Set Aside Default and Extend Time for PGA to Respond to AAP's Complaint. The Court, having considered the Stipulation and having found good cause, therefore hereby **ORDERS** that the Stipulation is **GRANTED. The default of PGA is hereby vacated and PGA shall have until July 13, 2026 to respond to Plaintiff's Complaint.**

1

HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

2